UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| WILLIAM LESLIE BARRETT, Sr. )<br>            Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>USA - SOCIAL SECURITY, )<br>ERIC HOLDER and KATHLEEN )<br>SEBELIUS, )<br>            Defendants. ) | **JUDGMENT**<br><br>No. 5:10-CV-469-BO |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the plaintiff's motion for summary judgment is DENIED, defendants' motion to dismiss is GRANTED and this matter is DISMISSED in its entirety.

**This Judgment Filed and Entered on February 20, 2013, and Copies To:**

William Leslie Barrett, Sr. (110 Quail Drive, Goldsboro, NC 27534)
Edward D. Gray (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| DATE<br>February 20, 2013 | JULIE A. RICHARDS, CLERK<br>/s/ Susan K. Edwards<br>(By) Susan K. Edwards, Deputy Clerk |